UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH ROUSE,

                       Plaintiff,                    JUDGMENT
      v.                                  24 CV 7219 (ENV)(RML)

NALUZA CORP., and SC METROPOLITAN LLC,

                      Defendants.
-----------------------------------------------------------------X

An Order of the Honorable Eric N. Vitaliano, United States District Judge, having been filed on September 16, 2025, adopting the Report and Recommendation of Magistrate Robert M. Levy, dated July 28, 2025, granting plaintiff's Motion for Default Judgment; it is

ORDERED and ADJUDGED that plaintiff's Motion for Default Judgment is granted, and an injunction is issued as follows: (a) requiring defendants to prepare architectural plans remedying the violations described in the complaint and to provide plaintiff's counsel with those plans for review within ninety days of this Order; (b) permitting plaintiff to seek further relief from the Court within thirty days upon receipt of the plans; and (c) permitting defendants to complete the necessary alterations within sixty days after either plaintiff consents to the alterations or the Court rules that the plans are adequate, whichever occurs first.

Dated: Brooklyn, New York                      Brenna B. Mahoney
       September 17, 2025                 Clerk of Court

                                        By:     */s/Jalitza Poveda*
                                            Deputy Clerk